IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLORADO

Civil Action No. 1:15-cv-01723-JLK

**TIMOTHY MABIE**, an individual,
**KATHRYN DIETZ**, an individual,

    Plaintiffs,

v.

**DAVID KARSEN**, a Deputy with the Clear Creek County Sheriff's Department, in his individual capacity;
**KEVIN SANDFORD**, a Deputy with the Clear Creek County Sheriff's Department, in his individual capacity;
**RICK ALBERS**, Sheriff of Clear Creek County, in his official capacity;
**BRUCE SNELLING**, Undersheriff of Clear Creek County, in his official capacity;
**JOHN DOE #1**, an employee of the Clear Creek County Sheriff's Department, in his individual and official capacities;
**JOHN DOE #2**, an employee of the Clear Creek County Sheriff's Department, in his individual capacity;
**BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF CLEAR CREEK COLORADO;**
**SONIC BLOOM FESTIVAL, LLC;**
**SONIC BLOOM PRODUCTIONS, LLC;**
**MICHAEL DEMCHAK** d/b/a MUSICAL REALMS;
**JAMIE JANOVER** d/b/a REALM MUSIC;
**MATTHEW RAYMOND URIBE** d/b/a SONIC BLOOM PRODUCTIONS;
**LIVE MOUNTAIN MUSIC, LLC**;
**SHADOWS RANCH, LLC;**
**STAFF PRO, INC.**;

    Defendants.

---

### ORDER DISMISSING CLAIMS AGAINST COUNTY DEFENDANTS WITH PREJUDICE

---

THE COURT having reviewed the Stipulation for Dismissal of Claims Against County

Defendants with Prejudice (Doc. 50) pursuant to Fed.R.Civ.P. 41(a)(2) and being fully advised

in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice against the County Defendants, David Karsen, Kevin Sandford, Rick Albers, Bruce Snelling, and the Board of County Commissioners of the County of Clear Creek, with each party to pay his or its own attorney's fees and costs.

Dated this 28th day of January, 2016

                BY THE COURT:

                *John L. Kane*
                John L. Kane
                Senior U.S. District Court Judge