IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-01723-JLK

**TIMOTHY MABIE**, an individual,
**KATHRYN DIETZ,** an individual,

    Plaintiffs,

v.

**DAVID KARSEN**, a Deputy with the Clear Creek County Sheriff's Department, in his individual capacity;
**KEVIN SANDFORD**, a Deputy with the Clear Creek County Sheriff's Department, in his individual capacity;
**DON KRUEGER**, Sheriff of Clear Creek County, in his individual and official capacities;
**BRUCE SNELLING**, Undersheriff of Clear Creek County;
**JOHN DOE #1**, an employee of the Clear Creek County Sheriff's Department, in his individual and official capacities;
**JOHN DOE #2**, an employee of the Clear Creek County Sheriff's Department, in his individual capacity;
**CLEAR CREEK COUNTY, COLORADO;**
**SONIC BLOOM FESTIVAL, LLC;**
**SONIC BLOOM PRODUCTIONS, LLC;**
**MICHAEL DEMCHAK** d/b/a MUSICAL REALMS;
**JAMIE JANOVER** d/b/a REALM MUSIC;
**MATTHEW RAYMOND URIBE** d/b/a SONIC BLOOM PRODUCTIONS;
**LIVE MOUNTAIN MUSIC, LLC**
**SHADOWS RANCH, LLC;**
**STAFF PRO, INC.,**

    Defendants.

## ORDER GRANTING MOTION TO TERMINATE UNITED STATES DISTRICT COURT ECF NOTIFICATIONS

THE COURT, having reviewed Timothy P. Schimberg's Motion to Terminate United States District Court ECF Notifications (Doc. 54), hereby **GRANTS THE MOTION**. The Clerk

of the Court is directed to remove Timothy P. Schimberg from further electronic notifications in this matter.

DATED February 9, 2016					BY THE COURT:

						_____
						John L. Kane
						Senior U.S. District Court Judge