IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLORADO

Civil Action No. 1:15-cv-01723-JLK

**TIMOTHY MABIE**, an individual;
**KATHRYN DIETZ**, an individual,

    Plaintiffs,

v.

**DAVID KARSEN**, a Deputy with the Clear Creek County Sheriff's Department, in his individual capacity;
**KEVIN SANDFORD**, a Deputy with the Clear Creek County Sheriff's Department, in his individual capacity;
**RICK ALBERS**, Sheriff of Clear Creek County, in his official capacity;
**BRUCE SNELLING**, Undersheriff of Clear Creek County, in his official capacity;
**JOHN DOE #1**, an employee of the Clear Creek County Sheriff's Department, in his individual and official capacities;
**JOHN DOE #2**, an employee of the Clear Creek County Sheriff's Department, in his individual capacity;
**BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF CLEAR CREEK COLORADO;**
**SONIC BLOOM FESTIVAL, LLC;**
**SONIC BLOOM PRODUCTIONS, LLC;**
**MICHAEL DEMCHAK** d/b/a MUSICAL REALMS;
**JAMIE JANOVER** d/b/a REALM MUSIC;
**MATTHEW RAYMOND URIBE** d/b/a SONIC BLOOM PRODUCTIONS;
**LIVE MOUNTAIN MUSIC, LLC**;
**SHADOWS RANCH, LLC;**
**STAFF PRO, INC.**;

    Defendants.

---

### ORDER DISMISSING CLAIMS AGAINST DEFENDANT STAFF PRO, INC. WITH PREJUDICE

---

THE COURT having reviewed the Stipulation for Dismissal With Prejudice of Staff

Pro, Inc., (Doc. 57), pursuant to Fed.R.Civ.P. 41(a)(2) and being fully advised in the premises,

DOES HEREBY ORDER that this case is Dismissed with Prejudice against Staff Pro, Inc., with each party to pay their own attorney fees and costs.

Dated this 18th day of March, 2016

BY THE COURT:

_____
John L. Kane
Senior U.S. District Court Judge