IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-01723-JLK

**TIMOTHY MABIE**, an individual
**KATHRYN DIETZ**, an individual

     Plaintiffs,

v.

**DAVID KARSEN**, a Deputy with the Clear Creek County Sheriff's Department, in his individual capacity
**KEVIN SANDFORD**, a Deputy with the Clear Creek County Sheriff's Department, in his individual capacity
**RICK ALBERS**, Sheriff of Clear Creek County, in his official capacity
**BRUCE SNELLING**, Undersheriff of Clear Creek County, in his official capacity
**JOHN DOE #1**, an employee of the Clear Creek County Sheriff's Department, in his individual and official capacities
**JOHN DOE #2**, an employee of the Clear Creek County Sheriff's Department, in his individual capacity
**BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF CLEAR CREEK**
**COLORADO SONIC BLOOM FESTIVAL, LLC**
**SONIC BLOOM PRODUCTIONS, LLC**
**MICHAEL DEMCHAK** d/b/a MUSICAL REALMS
**JAMIE JANOVER** d/b/a REALM MUSIC
**MATTHEW RAYMOND URIBE** d/b/a SONIC BLOOM PRODUCTIONS
**LIVE MOUNTAIN MUSIC, LLC**
**SHADOWS RANCH, LLC**
**STAFF PRO, INC.**

     Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER COMING before the Court upon a Stipulation for Dismissal (Doc. 63) of

Defendants Colorado Sonic Bloom Festival, LLC; Jamie Janover d/b/a Realm Music; Live Mountain

Music, LLC; Shadows Ranch, LLC, filed as a Motion, and the Court having reviewed the Stipulation, examined the file, and being fully advised in the premises,

HEREBY ORDERS, Defendants Colorado Sonic Bloom Festival, LLC; Jamie Janover d/b/a Realm Music; Live Mountain Music, LLC; and Shadows Ranch, LLC are dismissed with prejudice, with each party to pay their own costs and attorney fees.

FURTHER ORDERS that the Scheduling Conference set for Thursday, May 5, 2016, at 10:00 a.m. is VACATED.

Now that all claims have been resolved, this matter is dismissed in its entirety and the Clerk of Court is directed to close this case.

Dated this 18th day of April, 2016

_____
John L. Kane
Senior U.S. District Court Judge